ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BURGER JOINT 5, LLC, etc., <br><br> Defendant. | NO. C 12 3262 LB <br><br> STIPULATION FOR DISMISSAL; ORDER |

It is hereby stipulated between the parties that the above entitled action be dismissed in its entirety with prejudice.

DATED: October 18, 2012

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

By: _____
Michael J. Carroll
Attorneys for Plaintiffs

DATED: October 17, 2012

FOX ROTHSCHILD, LLP

By: _____
Kent Bradbury
Attorneys for Defendant

O R D E R

It is so ordered.

Dated: October 22, 2012

_____
Magistrate Judge Laurel Beeler

STIPULATION FOR DISMISSAL; ORDER